IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHNNY LEE BALDWIN,

    **Plaintiff,**

    v.                                                                                               CASE NO. 25-3030-JWL

CITY OF SALINA, KANSAS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Johnny Lee Baldwin began this pro se action under 42 U.S.C. § 1983 by filing a complaint and a motion for leave to proceed in forma pauperis in February 2025. (Docs. 1 and 2.) On March 25, 2025, the Court granted the motion for leave to proceed in forma pauperis and assessed an initial partial filing fee of $3.00, due on or before April 8, 2025. (Doc. 7.) In the order granting the motion and assessing the initial partial filing fee, Plaintiff was expressly cautioned that "[a]ny objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice." *Id.* That order was mailed to Plaintiff, but was marked return to sender and received by the Court on April 4, 2025. (Doc. 8.) As of the date of this order, the Court has received nothing further from Plaintiff.

The deadline to pay the initial partial filing fee has now passed and Plaintiff has not complied, nor has he filed anything further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has

failed to comply with the Court's order, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED**.

Dated on this 22nd day of April, 2025, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge